UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRACY LEWIS | CIVIL ACTION |
| VERSUS | No. 16-0008 |
| SHELL EXPLORATION AND PRODUCTION COMPANY | SECTION: "N" (3) |

### ORDER AND REASONS

Having carefully reviewed the parties' submissions (Rec. Docs. 11-1, 12, and 16), the record in this matter, and applicable law, **IT IS ORDERED** Defendant's motion to dismiss (Rec. Doc. 11) is **GRANTED** for essentially the reasons stated in Defendant's memoranda (Rec. Docs. 11 and 16). Accordingly, **IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of September 2016.

_____
**KURT D. ENGELHARDT**
**United States District Judge**